**DISMISS and Opinion Filed August 12, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00557-CV**

**SONNY SONGE YALALA, Appellant**
**V.**
**COLINAS POINTE APARTMENT, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-01492-D**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Miskel

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcards dated May 13, 2024 and August 18, 2024, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated May 13, 2024, we informed appellant the docketing statement was due and directed appellant to file the docketing statement within ten days. By letter dated July 10, 2024, we informed appellant the clerk's record had not been filed because appellant had not paid for the

clerk's record.  We directed appellant to provide, within ten days, verification she (1) had either paid for or made arrangements to pay for the clerk's record, or (2) is entitled to proceed without payment of costs.  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Emily Miskel/
EMILY MISKEL
240557F.P05                                     JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SONNY SONGE YALALA,
Appellant

No. 05-24-00557-CV      V.

COLINAS POINTE APARTMENT,
Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-24-01492-
D.
Opinion delivered by Justice Miskel.
Justices Smith and Breedlove
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered August 12, 2024